BRAD D. KRASNOFF
1900 AVENUE OF THE STARS
11th FLOOR
LOS ANGELES, CA  90067-4402
Telephone:    (310) 201-2417
Facsimile:    (310) 277-5753
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

Jonathan Henry Greene

          Debtor.

Case No. : 2:15-bk-11567-ER

Chapter 7

**NOTIFICATION OF ASSET CASE**

{No Hearing Required}

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

      BRAD D. KRASNOFF, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets may be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

Dated: January 15, 2016

                                                       BRAD D. KRASNOFF
                                                       Chapter 7 Trustee