United States Bankruptcy Court
Central District of California

In re:  
Jonathan Henry Greene  
    Debtor

Case No. 15-11567-ER  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: oventuraC     Page 1 of 1     Date Rcvd: Jan 19, 2016  
                    Form ID: ntcpdiv      Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2016.
```
db             +Jonathan Henry Greene,    1749 South Wooster,    Los Angeles, CA 90035-4332
smg             Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
35997418       +BARUCH C COHEN,    LAW OFFICE OF BARUCH C COHEN,    4929 WILSHIRE BOULEVARD SUITE 940,
                 LOS ANGELES CA 90010-3889
35997423        INTERNAL REVENUE SERVICE,    POB 37900,    HARTFORD CT 06176-7900
35997424        LA COUNTY TAX COLLECTOR,    POB 54018,    LOS ANGELES CA 90054-0018
35997427        PNC BANK,    POB 856177,    LOUISVILLE KY 40285-6177
35997428        SPS,    POB 65250,    SALT LAKE CITY UT 84165-0250
35997430        WILLIAM K HENLEY ESQ,    HAHN & HAHN,    301 EAST COLORADO BLVD # 900,    PASADENA CA 91101-1977
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QBDKRASNOFF.COM Jan 20 2016 02:28:00      Brad D Krasnoff (TR),
                 1900 Avenue of the Stars, 11th Floor,    Los Angeles, CA 90067-4699
smg             EDI: EDD.COM Jan 20 2016 02:28:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Jan 20 2016 02:28:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
35997419        EDI: AMEREXPR.COM Jan 20 2016 02:28:00      AMERICAN EXPRESS,    BOX 0001,
                 LOS ANGELES CA 90096-8000
35997420        EDI: BANKAMER.COM Jan 20 2016 02:28:00      BANKAMERICARD,    POB 15019,
                 WILMINGTON DE 19886-5019
35997422        EDI: CITICORP.COM Jan 20 2016 02:28:00      CITICARDS,    PROCESSING CENTER,
                 DES MOINES IA 50363-0005
35997426       +E-mail/Text: bknotices@mbandw.com Jan 20 2016 02:34:32      MCCARTHY BURGESS WOLFF,
                 26000 CANNON ROAD,    BEDFORD OH 44146-1807
35997429        EDI: WFFC.COM Jan 20 2016 02:28:00      WELLS FARGO,    PAYMENT REMITTANCE CENTER,    POB 54349,
                 LOS ANGELES CA 90054-0349
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
35997421        CITIBANK NA
35997425        LORETTA & PARKER EVENSEN
35997417*      +JONATHAN HENRY GREENE,    1749 SOUTH WOOSTER,    LOS ANGELES CA 90035-4332
                                                                                TOTALS: 3, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2016                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2016 at the address(es) listed below:
```
              Alvin Mar    on behalf of U.S. Trustee    United States Trustee (LA) alvin.mar@usdoj.gov
              Baruch C Cohen    on behalf of Debtor Jonathan Henry Greene bcc4929@gmail.com,
               pjstarr@starrparalegals.com
              Brad D Krasnoff (TR)    jmcdaniel@dgdk.com, bkrasnoff@ecf.epiqsystems.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

**United States Bankruptcy Court**
**Central District of California**

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Jonathan Henry Greene
**SSN:** xxx–xx–4272
**EIN:** N/A

1749 South Wooster
Los Angeles, CA 90035

**BANKRUPTCY NO.** 2:15–bk–11567–ER
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before April 25, 2016**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: January 19, 2016

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN–10) Rev 12/2015

**39 / KB**